United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 4, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-20956
_____

ADAM DANIELS,

                                        Plaintiff-Appellant,

versus

BRADFORD, Police Chief; CITY OF HOUSTON POLICE DEPARTMENT; CHRIS
CONNEALY, Fire Chief; CITY OF HOUSTON FIRE DEPARTMENT, #6; RAFAEL
GAITAN, Chief; WILLIAM DOWLING; SAMUEL ADAMS; WAYLAND KELLEY;
RALPH CUNNINGHAM; W. J. BEARDEN; S. WILSON; VANCE,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CV-3312
--------------------

Before JOLLY, EMILIO M. GARZA, and PICKERING, Circuit Judges.

PER CURIAM:[*]

     Adam Daniels, Texas inmate # 619572, appeals from the
summary judgment granted in favor of some but not all defendants
in his civil rights action, filed pursuant to 42 U.S.C. § 1983.
This court must examine the basis for its appellate jurisdiction
sua sponte if necessary.  Mosley v. Cozby, 813 F.2d 659, 660 (5th
Cir. 1987).  Under 28 U.S.C. § 1291, this court's jurisdiction is
limited to appeals from "final decisions of the district courts."

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Brown v. Miss. Valley State Univ., 311 F.3d 328, 331 (5th Cir. 2002)(internal quotation and citation omitted). The district court's "Memorandum and Order on Partial Dismissal" is not a final judgment. See id.; see also FED. R. CIV. P. 54(b). Accordingly, the instant appeal is DISMISSED for lack of jurisdiction.

All of Daniels's outstanding motions are DENIED.